**\*\*E-Filed 12/2/2010\*\***

1   **Thomas P. Riley, SBN 194706**
    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2   **First Library Square**
    **1114 Fremont Avenue**
3   **South Pasadena, CA 91030**

4   **Tel:  626-799-9797**
    **Fax:  626-799-9795**
5   **TPRLAW@att.net**

6   **Attorneys for Plaintiffs**
    **J & J Sports Productions, Inc.**
7

8                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN JOSE DIVISION**
10

11  **J & J SPORTS PRODUCTIONS, INC.,**          **CASE NO. 5:10-cv-02717-JF**

12              **Plaintiff,**                    ORDER GRANTING IN PART
                                                  PLAINTIFF'S *EX PARTE*
13              **vs.**                           APPLICATION FOR AN ORDER
                                                  VACATING THE CASE
14                                                MANAGEMENT CONFERENCE; ~~AND~~
    **SAMUEL CORTEZ CORTEZ, et al.**              ~~ORDER (Proposed)~~
15
                **Defendants.**
16

17

18          **TO THE HONORABLE JEREMY FOGEL, THE DEFENDANTS, AND THEIR**

19  **ATTORNEYS OF RECORD:**

20          Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case

21  Management Conference in this action, presently set for Friday, December 3, 2010 at 10:30 a.m. This

22  request will be, and is, necessitated by the fact that defendants Samuel Cortez Cortez and Alma Rosa

23  Cortez, individuallly and d/b/a Metro Balderas; and SC Cortez, Inc., an unknown business entity d/b/a

24  Metro Balderas are in default and Plaintiff's Application for Default Judgment will soon be filed with

25  this Honorable Court.

26          As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive

27  pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants

28  concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the

case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Friday, December 3, 2010 at 10:30 a.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: November 24, 2010                 */s/ Thomas P. Riley*
                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                         By: Thomas P. Riley
                                         Attorneys for Plaintiff
                                         J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

1

## ORDER ~~(Proposed)~~

2

3      It is hereby ordered that the Case Management Conference in civil action number 5:10-cv-02717-
                                                                    continued to 2/4/2011.
4   JF styled *J & J Sports Productions, Inc. v. Samuel Cortez Cortez, et al.*, is hereby ~~vacated.~~

5          Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

6   Certification of Service of this Order with the Clerk of the Court.

7

8

9

**IT IS SO ORDERED**:

10

11

12

13   _____              Dated:_____
                                                      12/2/2010
14   **THE HONORABLE JEREMY FOGEL**
     **United States District Court**
15   **Northern District of California**

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 5:10-cv-02717-JF**
**PAGE 3**

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 24, 2010, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Samuel Cortez Cortez (Defendant)
799 South 1st Street
San Jose, CA 95113

Alma Rosa Cortez (Defendant)
799 South 1st Street
San Jose, CA 95113

SC Cortez, Inc. (Defendant)
799 South 1st Street
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 24, 2010, at South Pasadena, California.

Dated:  November 24, 2010                */s/ Maria Baird*
                                                        **MARIA BAIRD**